IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MYLES STOKES,
    Petitioner,

vs.                           Case No.: 3:10cv284/RV/EMT

EDWIN G. BUSS,
    Respondent.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 27, 2011 (Doc. 24). Petitioner has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order. The defendant previously filed a federal habeas corpus petition in this Court in 1986 and another in 2009. Therefore, the present petition is his third attempt to challenge the same conviction. Without the Eleventh Circuit's authorization, there is no jurisdiction for this Court to consider this filing.

2. This habeas action is **DISMISSED** for lack of jurisdiction.

3. A certificate of appealability is **DENIED**.

    **DONE AND ORDERED** this 4th day of February, 2011.

                      /s/ *Roger Vinson*
                      **ROGER VINSON**
                      **SENIOR UNITED STATES DISTRICT JUDGE**